Order entered January 18, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---
### No. 05-13-00065-CV
---

### IN RE JEFFREY CLARK, Relator

---

## On Original Proceeding from the 366th District Court
## Collin County, Texas
## Trial Court Cause No. 17022

---

## ORDER

Before Justices Moseley, Francis, and Fillmore

The Court has before it relator's petition for writ of habeas corpus complaining that he is illegally confined and restrained of his liberty in the Collin County Jail. Relator asserts that he is being illegally deprived of his liberty by being incarcerated without a written order of commitment and a written order of contempt.

Pending this Court's hearing and determination of relator's petition and until further order of the Court, we **ORDER** that relator Jeffrey Clark be released from the custody of the Sheriff of Collin County only upon relator's posting a good and sufficient cash or surety bond, conditioned as required by law, in the sum of $55,019 plus all expenses that may be incurred by peace officers in rearresting relator in the event that relator fails to appear at the hearing before this Court or violates some other condition of the bond. Any such bond shall be made payable to

the child support obligee and is subject to being forfeited as credit to any child support arrearage, notwithstanding the outcome of this original proceeding.

In the event that relator Jeffrey Clark gives such bond, the Sheriff of Collin County is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court. This order releases relator Jeffrey Clark only from custody under the January 17, 2013 "docket entry and verbal order of the Honorable Ray Wheless" in cause number 366-51523-97, styled *In the Interest of Kyle Thomas Clark, A Child.* In the event relator gives such bond, relator Jeffrey Clark is **ORDERED** to promptly appear before this Court at the time and date scheduled for the hearing, to be announced.

In the event that relator does not give such bond, it is **ORDERED** that the Sheriff of Collin County produce the body of Jeffrey Clark before this Court at the time and date scheduled for the hearing, to be announced.

Counsel for relator shall immediately serve a copy of this order and all papers filed by relator in this Court upon all opposing counsel.

We **ORDER** that real party file a response by **FRIDAY, JANUARY 25, 2013.**

_____
ROBERT M. FILLMORE
JUSTICE